# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | S.G.D. SA d/b/a S.G.D. Pharma, Inc. | 1/13/2023 | Wire | $ 219,770.54 |
| Akorn Operating Company, LLC | S.G.D. SA d/b/a S.G.D. Pharma, Inc. | 2/14/2023 | Wire | $ 109,885.27 |
| | | | | $ 329,655.81 |