# **EXHIBIT B**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | S.G.D. North America, Inc. | 11/30/2022 | Wire | $ 12,544.11 |
| Akorn Operating Company, LLC | S.G.D. North America, Inc. | 12/8/2022 | Wire | $ 229.42 |
| | | | | $ 12,773.53 |