## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al*<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE REGARDING
### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
### JULY 10, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on July 8, 2025 the *Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025 at 11:00 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).

Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: July 8, 2025
Wilmington, Delaware

COZEN O'CONNOR

By:     */s/ John T. Carroll, III*
          John T. Carroll, III (DE No. 4060)
          1201 N. Market Street
          Suite 1001
          Wilmington, DE  19801
          (302) 295-2028 Phone
          (302) 295-2013 Fax No.
          jcarroll@cozen.com

          *Counsel to George L. Miller,*
          *Chapter 7 Trustee*

LEGAL\78849998\1 6010823/00574256
07/08/2025