# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>S.G.D. SA D/B/A S.G.D PHARMA, INC. AND S.G.D. NORTH AMERICA, INC.,<br><br>Defendants. | Adv. Pro. No. 25-50328 (KBO)<br><br>**Related Adv D.I.: 18** |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that, on March 3, 2026, I caused a copy of the *Judgment by Default* to be served on the Defendants as set forth below.

**Via First-Class United States and Certified Mail:**

S.G.D. SA d/b/a S.G.D. Pharma, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

S.G.D. North America
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57406136.1
393059-00001